UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Antonio MAXIMILIANO, )<br>)<br>Defendant. )<br>) | Magistrate Case No. '21 MJ1280<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about April 6, 2021, within the Southern District of California, Defendant, Antonio MAXIMILIANO, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Edgar GUADARRAMA-Carrera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on April 7, 2021.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Edgar GUADARRAMA-Carrera is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 6, 2021, at approximately 4:35 P.M., Antonio MAXIMILIANO, (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the San Ysidro Port of Entry via vehicle primary. Defendant was the driver of a silver Toyota, Scion FRS bearing California license plates and was accompanied by a female passenger. The primary Customs and Border Protection (CBP) Officer asked Defendant where he was going and what he was bringing from Mexico. Defendant stated he was going to Oceanside, California and gave two negative declarations. The primary CBP Officer referred Defendant to secondary for further inspection due to a computer-generated alert.

During the secondary inspection, the vehicle was driven through the x-ray Z-portal machine which showed anomalies behind the rear seat resembling a human body. Further inspection of the vehicle revealed a non-factory compartment in between the rear seat and trunk. Several attempts were made to free the person concealed within. After approximately 20 minutes with no success, Defendant was asked to show us how to free the person concealed in the compartment. Defendant was escorted to the vehicle and pressed a button located on the dash of the vehicle which he stated would release the lock on the rear seat. However, the button did not activate the release and the seat had to be pried forward. A male, later identified as Edgar GUADARRAMA-Carrera was then able to free himself from the compartment. GUADARARAMA-Carrera admitted to being a citizen of Mexico with no legal documents to enter the United States and is now held as Material Witness.

On April 6, 2021, at approximately 7:36 P.M., Defendant was advised of his Miranda Rights. Defendant elected to waive his right to counsel and gave the following statement. Defendant admitted he made smuggling arrangements himself with the Material Witness. Defendant stated he called the Material Witness today and told him to meet him at the Zona Rio shopping mall. There, Defendant placed the Material Witness in the compartment. Defendant stated he was going to take the Material Witness to San Diego and was going to charge him a smuggling fee of $5,000.

Material Witness gave the following statement during a video-recorded interview. Material Witness admitted he is a citizen of Mexico and does not possess any legal documents to enter the United States. Material Witness stated Defendant called him today and instructed him to go to a shopping mall in Tijuana. Material Witness stated he was picked up and placed in the compartment by Defendant. Material Witness stated Defendant was going to take him to San Diego where he was going to look for work. Material Witness stated he was going to pay a smuggling fee of $18,000 upon his successful entry into the United States.